# Motion Of Adversary Proceeding

4:25-AP-00178-BMW

May 31, 2025

8813 Polaris St El Paso Texas 79904
V.Hinton@live.com
marcushinton21@yahoo.com
520-637-9287
520-637-9288
Veronica Hinton
Vanessa Hinton
Marcus Hinton
Case Number - 4:24-bk-05191-BMW

FILED

JUN 9 2025
U.S. BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

To the Honorable Brenda Moody Whinery,

Vanessa Hinton, Veronica Hinton & Marcus Hinton respectfully submit this motion of Adversary Proceeding in reference to case number 4:24-bk-05191-BMW.

Argument:

This debt which has been filled in this court arises from intentional misconduct. The discharge was also obtained through fraud. The Hintons were not properly notified or given a fair chance to respond.

The Hintons request this motion for relief, As the claim is based on civil rights violations, fraud, theft, and willful harm case number 423-CV-00482MSA-JAS filed in Tucson Federal court October 25,2023.

These claims are non-dischargeable under federal law. The Hintons are seeking only the right to continue their Federal civil rights lawsuit against the MAERS which was filed October 25,2023 Case Number 423-cv-00482 MSA- JAS- approximately 388 days prior to the MAERS filing of bankruptcy attempting to obstruct

justice. The Hintons are not attempting to seize assets directly.

The MAERS filing of this bankruptcy case was fraud and abuse of the system. Bankruptcy fraud or abuse of the system-is illegal. If someone files to dodge liability for intentional fraud or misconduct, the court can deny or reverse discharge under 11 U.S.C. § 523 or § 727.

The Hintons pray for relief and submit this motion in good faith.

Vanessa Hinton _____

Marcus Hinton _____

Veronica Hinton _____