# PLAINTIFFS' RESPONSE TO ORDER FOR POTENTIAL DISMISSAL

8813 Polaris St El Paso Texas 79904
V.Hinton@live.com
marcushinton21@yahoo.com
520-637-9287
520-637-9288
Veronica Hinton
Vanessa Hinton
Marcus Hinton
Case Number - 4:24-bk-05191-BMW

25-ap-178  6/10/2025

**FILED**

JUL -7 2025
U.S. BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

To the Honorable Brenda Moody Whinery,

Plaintiffs Marcus Hinton and family respectfully submit this response to the Court's June 10, 2025 Order re: Potential Dismissal.

Plaintiffs have actively participated in this proceeding and have recently submitted filings in response to the Court's prior order.

Additionally, Plaintiffs wish to notify the Court that Plaintiff Veronica Hinton is now in hospice care, and this circumstance may affect Plaintiffs' availability and urgency in seeking resolution of this matter. Exhibit 204

Plaintiffs respectfully request that the Court take this into consideration and that no adverse action be taken due to unavoidable delays related to this circumstance.

Plaintiffs respectfully request that this adversary proceeding not be dismissed, as Plaintiffs are prepared to continue pursuing this matter.
Respectfully submitted,

Marcus Hinton _____

Vanessa Hinton _____

Veronica Hinton _____

Exhibit 204



# HOSPICE ❤ EL PASO
### Our Community. Our Hospice.

August 8, 2024

RE: Veronica Hinton
DOB: 12/13/1972

To Whom It May Concern:

Ms. Veronica Hinton is currently under hospice services with Hospice El Paso. Due to federal regulations under HIPAA, details of patient's diagnosis cannot be disclosed. Hospice El Paso provides home services for the terminally ill in the last stages of the dying process. Patient will be receiving visits from different staff members throughout the hospice benefit period to ensure care and symptom management.

Should you require additional information you may contact the social worker at (915) 532-5699.

Respectfully,

Barbara Reeves, MD
Hospice Physician
Hospice El Paso
1440 Miracle Way
El Paso, TX 79925
Phone: (915) 532-5699
Fax: (915) 532-7822