June 17, 2025

25-ap-178

8813 Polaris St El Paso Texas 79904

V.Hinton@live.com

marcushinton21@yahoo.com

McIntyre.V@yahoo.com

520-637-9287

520-637-9288

Veronica Hinton

Vanessa Hinton

Marcus Hinton

Case Number - 4:24-bk-05191-BMW

FILED
JUL -7 2025
U.S. BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

To the Honorable Brenda Moody Whinery,,

COMES NOW the Plaintiff, Marcus, Vanessa and Veronica Hinton respectfully requests that this Court waive any refiling fees and allow this matter to proceed, based on the following.

Plaintiffs were never properly notified of the case's dismissal or the relevant filings. This procedural failure denied Plaintiff the opportunity to respond and preserve vital claims.

The case involves serious allegations of fraud, civil rights violations, and the unlawful taking of personal property. Defendants have since filed for bankruptcy, raising additional urgency and complexity.

Requiring a new filing fee would unjustly penalize Plaintiffs for procedural errors caused by others and further harm a party already injured by fraud and financial loss.

Plaintiffs are currently experiencing significant financial hardship and are unable to pay the refiling fee without undue burden.

Plaintiff's requests that the fee be waived under Arizona Rule of Civil Procedure 5(e) and pursuant to applicable fee deferral/waiver guidelines.

WHEREFORE, Plaintiffs respectfully asks the Court to: Reinstate the matter or allow it to be refiled without payment of fees;

Acknowledge the fraudulent acts and lack of notice that led to the dismissal;

And grant any further relief this Court deems just and proper. Respectfully submitted,

Marcus Hinton _____

Vanessa Hinton _____

Veronica Hinton _____