25-AP-178

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

FILED

APR - 3 2026
U.S. BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

Marcus Hinton, et al.,
Plaintiffs,

v.

In re: William C. Maers and Doni A. Maers, Debtors.
Case No. 4:24-bk-05191-BMW
Chapter 7

NOTICE RE: PAYMENT OF FILING FEE AND REQUEST FOR RULING ON PENDING MOTIONS

Plaintiffs Marcus Hinton and Vanessa Hinton, appearing pro se, respectfully submit this Notice to inform the Court that the filing fee in this matter has now been paid in full.

As reflected on the docket, Plaintiffs previously filed a Motion of Non-Response and Request for Ruling (Doc. 23), notifying the Court that certain motions were unopposed and requesting adjudication.

Since that filing, Plaintiffs have submitted additional motions and supporting materials. The following motions are presently pending before the Court:

* Motion to Authorize Examination Under Rule 2004 (Doc. 12);
* Motion to Compel Personal Appearance and Separate Examination (Doc. 10);
* Motion to Deem Requests for Admission Admitted (Doc. 21);
* Emergency Motion to Approve Preservation of Assets and Financial Records (Doc. 20);
* Motion to Compel Production and for Early Discovery (Doc. 39);
* Motion for Sanctions (Doc. 32);
* Motion for Sanctions and for Findings of Bad Faith Litigation Conduct (Doc. 33).

To Plaintiffs' knowledge, the above-referenced motions are fully briefed and, where applicable, unopposed.

With the filing fee issue now resolved, there are no remaining procedural barriers preventing the Court's consideration of these motions. Accordingly, Plaintiffs respectfully notify the Court that these matters are now ripe for review and disposition.

In light of the nature of the pending motions, including issues relating to discovery, admissions, and preservation of assets, Plaintiffs respectfully request that the Court consider addressing these matters at its earliest convenience.

Plaintiffs appreciate the Court's time and consideration.

Dated: 4/3/26

Respectfully submitted,

Marcus Hinton


Vanessa Hinton

Vanessa Hinton, Pro Se Plaintiff
--------------------------------

### Why this line works

* Uses **"respectfully request"** (not demanding)
* Anchors to **substance (assets, admissions, discovery)** → legitimizes urgency
* Says **"earliest convenience"** instead of "immediately" → avoids judicial irritation

---

If you want an even sharper version, I can add a **one-sentence hook tying asset risk to irreparable harm**—that's the only way to push urgency further without crossing the line.

No fee or payment
Fee

Marcus Hinton

Vanessa Hinton

4/3/24