United States Bankruptcy Court

District of Arizona

HINTON,

    Plaintiff                                                        Adv. Proc. No. 25-00178-BMW

MAERS,

    Defendant

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0970-4 | User: admin | Page 1 of 1 |
| Date Rcvd: Apr 01, 2026 | Form ID: pdf08a | Total Noticed: 3 |

The following symbols are used throughout this certificate:

**Symbol**        **Definition**

+++            Addresses marked '+++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(e).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 03, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| pla | +++ | MARCUS HINTON, 500 WESTOVER DR, #36515, SANFORD, NC 27330-8941 |
| pla | +++ | VANESSA HINTON, 500 WESTOVER DR, #36515, SANFORD, NC 27330-8941 |
| pla | +++ | VERONICA HINTON, 500 WESTOVER DR, #36515, SANFORD, NC 27330-8941 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 03, 2026                          Signature:         /s/Gustava Winters

*Benda Mwrdey*

**Brenda Moody Whinery, Bankruptcy Judge**

_____

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>WILLIAM CHARLES MAERS and DONI ALANA MAERS,<br><br>Debtors. | Chapter 7 Proceeding<br><br>Case No. 4:25-bk-05191-BMW |
| VERONICA HINTON, VANESSA HINTON, and MARCUS HINTON,<br><br>Plaintiffs,<br><br>v.<br><br>WILLIAM CHARLES MAERS and DONI ALANA MAERS,<br><br>Defendants. | Adv. Case No. 4:25-ap-00178-BMW<br><br>**ORDER REGARDING REQUEST TO WAIVE FILING FEE** |

Upon the Court's consideration of Vanessa Hinton's and Marcus Hinton's (the "Plaintiffs") requests for a waiver of the required fee for the filing of the Adversary Complaint, and good cause appearing;

IT IS HEREBY ORDERED that the requests for waiver of the filing fee are DENIED.

IT IS FURTHER ORDERED that the outstanding balance of the filing fee, in the amount of $350.00, is to be paid pursuant to the Order to Pay Filing Fee (Dkt. 24) issued on March 26, 2026.

SIGNED AND DATED ABOVE.

Notice to be sent through the Bankruptcy Noticing Center ("BNC") to the following:

Veronica Hinton
Vanessa Hinton
Marcus Hinton
500 Westover Dr, #36515
Sanford, NC  27330
*Plaintiffs*

William Charles Maers
Doni Alana Maers
3941 S Leonard Ave
Tucson, AZ  85735
*Debtors/Defendants*

Notice of Electronic Filing to be sent via email,
through the CM/ECF System, to ALL registered users, including:

U.S. Trustee, Office of the U.S. Trustee

2