HINTON,

    Plaintiff

                                    Adv. Proc. No. 25-00178-BMW

MAERS,

    Defendant

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0970-4 | User: admin | Page 1 of 1 |
| Date Rcvd: Apr 01, 2026 | Form ID: sumprose | Total Noticed: 3 |

The following symbols are used throughout this certificate:

**Symbol**       **Definition**

+++                 Addresses marked '+++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(e).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 03, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| pla | +++ | MARCUS HINTON, 500 WESTOVER DR, #36515, SANFORD, NC 27330-8941 |
| pla | +++ | VANESSA HINTON, 500 WESTOVER DR, #36515, SANFORD, NC 27330-8941 |
| pla | +++ | VERONICA HINTON, 500 WESTOVER DR, #36515, SANFORD, NC 27330-8941 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 03, 2026                 Signature:          /s/Gustava Winters

UNITED STATES BANKRUPTCY COURT
DISTRICT OF ARIZONA

In re:                                           Case No.: 4:24−bk−05191−BMW

WILLIAM CHARLES MAERS and DONI ALANA     Chapter: 7
MAERS
*Debtor(s)*

VERONICA HINTON                                  Adversary No.: 4:25−ap−00178−BMW
VANESSA HINTON
MARCUS HINTON

*Plaintiff(s)*

*v.*

WILLIAM CHARLES MAERS
DONI ALANA MAERS

*Defendant(s)*

# SUMMONS IN AN ADVERSARY PROCEEDING

To each Defendant listed above, **YOU ARE SUMMONED** and required to submit a motion or answer to the complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of the Bankruptcy Clerk's Office | U.S. Bankruptcy Court, Arizona<br>38 S. Scott Avenue<br>Tucson, AZ 85701−1704 |
| --- | --- |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney, or the plaintiff, if not represented by an attorney.

| Name and Address of Plaintiff's Attorney | VERONICA HINTON<br>500 WESTOVER DR<br>#36515<br>SANFORD, NC 27330 |
| --- | --- |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

**Date: April 1, 2026**

**Address of the Bankruptcy Clerk's Office:**
U.S. Bankruptcy Court, Arizona
38 S. Scott Avenue
Tucson, AZ 85701–1704
Telephone number:  (520) 202–7500
www.azb.uscourts.gov

Clerk of the Bankruptcy Court:



**Khadijia V. White–Thomas**

In re:                                          Case No.: 4:24−bk−05191−BMW

  WILLIAM CHARLES MAERS and DONI ALANA     Chapter: 7
  MAERS
*Debtor(s)*

_____

  VERONICA HINTON                              Adversary No.: 4:25−ap−00178−BMW
  et al.
*Plaintiff(s)*

*v.*

  WILLIAM CHARLES MAERS
  et al.
*Defendant(s)*

---

# CERTIFICATE OF SERVICE

I, _____ (name), certify that service of this summons and

a copy of the complaint was made on _____, (name of defendant),

_____ (date) by:

Mail service: Regular, first class United States mail, postage fully pre−paid, addressed to:

☐

Personal Service: By leaving the process with the defendant or with an officer or agent of defendant at:

☐

Residence Service: By leaving the process with the following adult at:

☐

− − − CERTIFICATE OF SERVICE CONTINUES ON NEXT PAGE − − −

☐ Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

☐ Publication: the defendant was served as follows: [Describe briefly]

☐ State Law: The defendant was served pursuant to the laws of the State of _____, as follows [Describe briefly]

If service was made by personal service, by residence service, or pursuant to state law, I futher certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date _____        Signature _____

Print Name : _____

Business Address : _____

_____